IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATLANTIC RECORDING CORP, *et al* | § § § § § § § | |
| versus | | CIVIL ACTION NO. H-06-3578 |
| ABNER ANDERSON | | |

### ORDER

IT IS HEREBY ORDERED that the United States of America's Motion for Time to Determine if Intervention is Appropriate **(Instrument No. 24)** is **DENIED as moot**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 12th day of February, 2008, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**